1   **WO**

2

3

4

5

6                    IN THE UNITED STATES DISTRICT COURT

7                       FOR THE DISTRICT OF ARIZONA

8

9   Daniel C. Edington and Noreen A.      )   No. CV-05-4227-PCT-FJM
    Edington,                             )
10                                        )   **ORDER**
                 Plaintiffs,              )
11                                        )
    vs.                                   )
12                                        )
                                          )
13  Yavapai County, et al.,               )
                                          )
14               Defendants.              )
                                          )
15  _____

16

17        The court has before it defendants' motion for reconsideration (doc. 31), plaintiffs'

18  motion to strike and motion for hearing (doc. 30), and defendants' response (doc. 27).  In

19  their motion for reconsideration, defendants ask us to reconsider our conclusion that their

20  waiver of service under Rule 4(d), Fed. R. Civ. P., served to moot their motion to dismiss

21  based on untimely service.  In the waivers of service, defendants acknowledged that they

22  "will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court

23  except for objections based on a defect . . . in the service of the summons" (docs. 19-25)

24  (emphasis added).  Defendants have cited no authority, and we have found none, that would

25  permit objections to the timeliness of service despite this broad language.  Defendants'

26  reliance on Coutinho, Caro & Co. v. Fed. Pacifica Liberia Ltd., 127 F.R.D. 150 (N.D. Ill.

27  1989), is unfounded in that it does not address the application or effect of a Rule 4(d) waiver.

28

1       Based on the foregoing, **IT IS ORDERED DENYING** defendants' motion for

2   reconsideration (doc. 31).  **IT IS FURTHER ORDERED DENYING** plaintiffs' motion to

3   strike and motion for hearing as moot (doc. 30) based on our order filed September 5, 2006

4   (doc. 28).

5       DATED this 7th day of September, 2006.

6

7       _Frederick J. Martone_

8                           Frederick J. Martone
                            United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28